SLT:GMP
F. # 2013R01789/OCDETF #NY-NYE-745

FILED
CLERK

2015 OCT -1  PM 4:01

U.S. DISTRICT COURT
EASTERN DISTRICT
OF NEW YORK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

- against -

JOSEPH ASMAR,

          Defendant.

- - - - - - - - - - - - - - - - -X

I N D I C T M E N T

CR 15 - 491

(T. 18, U.S.C., §§ 982(a)(1), 1956(a)(3)(B), 1956(h), 2 and 3551 et seq.; T. 21, U.S.C., § 853(p))

VITALIANO, J.

SCANLON, M.J.

THE GRAND JURY CHARGES:

COUNT ONE
(Conspiracy to Launder Money)

1.    In or about and between September 2013 and September 2015, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant JOSEPH ASMAR, together with others, did knowingly and intentionally conspire to conduct one or more financial transactions in and affecting interstate and foreign commerce, to wit: the transfer and delivery of United States currency, which transactions involved property represented to be the proceeds of specified unlawful activity and property used to conduct and facilitate specified unlawful activity, to wit: narcotics trafficking, (a) with the intent to promote the carrying on of the specified unlawful activity, contrary to Title 18, United States Code, Section 1956(a)(3)(A), and (b) knowing that the transactions were designed in whole and in part to conceal and disguise the nature, the

location, the source, the ownership, and the control of the proceeds of the specified unlawful activity, contrary to Title 18, United States Code, Section 1956(a)(3)(B).

(Title 18, United States Code, Sections 1956(h) and 3551 et seq.)

## COUNT TWO
(Money Laundering)

2. In or about September 2015, within the Eastern District of New York and elsewhere, the defendant JOSEPH ASMAR, together with others, did knowingly and intentionally conduct one or more financial transactions in and affecting interstate and foreign commerce, to wit: the transfer and delivery of United States currency, which transactions involved property represented to be the proceeds of specified unlawful activity and property used to conduct and facilitate specified unlawful activity, to wit: narcotics trafficking, knowing that the transactions were designed in whole and in part to conceal and disguise the nature, the location, the source, the ownership, and the control of the proceeds of the specified unlawful activity.

(Title 18, United States Code, Sections 1956(a)(3)(B), 2 and 3551 et seq.)

## CRIMINAL FORFEITURE ALLEGATION

3. The United States hereby gives notice to the defendant charged in this Indictment that, upon conviction of such offense, the government will seek forfeiture in accordance with Title 18, United States Code, Section 982(a)(1), of all property, real or personal, involved in such offense, and all property traceable to such property, including but not limited to, at least approximately a sum of money equal to $150,000 in United States currency.

4. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described in this forfeiture allegation.

(Title 18, United States Code, Section 982(a)(1); Title 21, United States Code, Section 853(p))

A TRUE BILL

*Robert Heffernan*
FOREPERSON

*Kelly Currie*
KELLY T. CURRIE
ACTING UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

F. #2013R01789/OCDETF #NY-NYE-745
FORM DBD-34
JUN. 85

No.

# UNITED STATES DISTRICT COURT

EASTERN District of NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

vs.

JOSEPH ASMAR,

Defendant.

## INDICTMENT

(T. 18, U.S.C., §§ 982(a)(1), 1956(a)(3)(B), 1956(h), 2 and 3551 et seq.;
T. 21, U.S.C., § 853(p))

*A true bill.*

*Robert Heffernan*
_____
Foreperson

*Filed in open court this _____ day,*

*of _____ A.D. 20 ___*

_____
Clerk

*Bail, $ _____*

*Gina M. Parlovecchio, Assistant U.S. Attorney (718) 254-6228*