BEFORE ERIC N. VITALIANO
UNITED STATES DISTRICT JUDGE

DATE: 5/26/2017

CRIMINAL CAUSE FOR PLEADING

DOCKET # 15cr491(ENV)            Defendant # 1

CASE: USA v. Joseph Asmar

COUNSEL: Sanford Talkin and Aaron Altman (retained)

AUSA: Ameet Kabrawala and Gina Parlovecchio

Pre-Trial Officer: n/a

Interpreter: Mounir Khaddar (Stand-by)

COURT REPORTER: Holly Driscoll


X    CASE CALLED FOR PLEADING

X    DEFENDANT SWORN

X    Defendants enters a plea of Guilty to Count 1 of the indictment

X    COURT FINDS THAT THE PLEA WAS MADE KNOWINGLY & VOLUNTARILY AND NOT COERCED. COURT FINDS FACTUAL BASIS FOR THE PLEA & ACCEPTS PLEA OF GUILTY TO Count 1 of the indictment

X    SENTENCE DATE: **To be set after Probation report is complete.**

Time in Court: 45 Minutes